# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| TESHAUNA GEE, | ] |
| Plaintiff, | ] |
| v. | ] Civil Action Number: |
| | ] 7:16-cv-02040-LSC |
| EQUIFAX INFORMATION SERVICES, LLC and TRANS UNION LLC, | ] |
| Defendants. | ] |

## JOINT STIPULATION OF DISMISSAL OF DEFENDANT TRANSUNION LLC WITH PREJUDICE

COMES NOW Plaintiff Teshauna Gee ("Plaintiff") and Defendant TransUnion LLC ("Trans Union"), and jointly stipulate that Plaintiff's claims, that were or could have been brought in this action, against Trans Union are due to be dismissed from this action, with prejudice, costs taxed as paid.

Respectfully submitted,

/s/ Micah S. Adkins

Micah S. Adkins (ASB-8639-I48A)
**THE ADKINS FIRM, P.C.**
2 Perimeter Park South, Suite 405 E
Birmingham, AL  35243
Telephone:  (205) 206-6718
Facsimile:   (205) 208-9632
Email:   MicahAdkins@ItsYourCreditReport.com

1

Matthew W. Robinett (ASB-3523-I72M)
**Norman, Wood, Kendrick & Turner**
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com
*Counsel for Trans Union LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the _5th_ day of April, 2017, I filed the foregoing paper by filing the same with the CM/ECF System, which will send electronic notification of same to the following:

Matthew W. Robinett
Norman, Wood, Kendrick & Turner
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205


/s/ Micah S. Adkins
Micah S. Adkins