FILED
2017 Apr-05  PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| TESHAUNA GEE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )    7:16-cv-02040-LSC |
| EQUIFAX INFORMATION SERVICES LLC, et al., | ) ) ) |
| Defendants. | ) ) |

## ORDER

This Court acknowledges receipt of the parties' Joint Stipulation of Dismissal with Prejudice (Doc. 15) filed on April 5, 2017. Accordingly, the case is DISMISSED WITH PREJUDICE and costs are taxed as paid.

**DONE** AND **ORDERED** ON APRIL 5, 2017.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

186289